1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, et al.,

      Plaintiffs,

  v.

AKIRA SUSHI, et al.,

      Defendants.

**\*E-FILED - 12/23/05\***

CASE NO.: C-04-02612-RMW

**ORDER OF DISMISSAL**

    The Court having been advised on January 19, 2005, that this case has been settled and no party having advised that the settlement has fallen through,

    It is hereby ordered that this case is dismissed with prejudice.

    The Clerk may close the file.

DATED: December 23, 2005

                                             */s/ **Ronald M. Whyte***
                                             RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Case No. C-04-02612-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
Case No. C-04-02612-RMW
2